### Adam Wagner v. John Hagan.

Appeal will be dismissed where the transcript has not been filed within three judicial days after the return day, and no extension of time has been obtained.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Michel*, for plaintiff and appellant. *Roselius*, for defendant.

Buchanan, J. A motion is made to dismiss this appeal as not having been filed more than three judicial days after the return day.

The appeal was returnable the third Monday of March, 1853 ; and the transcript was filed on the 5th of April, 1853. An inspection of the minutes of the court shows that five judicial days intervened between those dates.

Appeal dismissed, at costs of appellant.